# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 08/16/2026, Daniel Mayhew

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Northern District of Alabama.

Case number: 26-71030

Certificate number: ALN26-710304976084

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance